IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES M. ST. CLAIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: 4:11-cv-00428-Y |
| | § | |
| DON DAVIS AUTO GROUP, INC., | § | |
| and DON DAVIS NISSAN, INC., | § | |
| | § | |
| Defendants. | § | *DEMAND FOR JURY TRIAL* |

## NOTICE OF AFFIDAVIT OF JAMES MATTHEW ST. CLAIR

Plaintiff, JAMES MATTHEW ST. CLAIR files this Notice of Affidavit of James Matthew St. Clair, hereby providing notice to all parties and counsel of record of same. A true and correct copy of the Original Affidavit of James Matthew St. Clair is attached hereto and made a part hereof for all intent and purposes as Exhibit "A".

Dated this 2nd day of March, 2012.

/s/ Hiram McBeth
Hiram McBeth, III, Esq.
SBT No. #13329500
6060 North Central Expwy, Suite #560
Dallas, Texas 75206
Tel: (972) 498-8702
Fax: (972) 674-3111
**ATTORNEY FOR PLAINTIFF**

_____
**NOTICE OF AFFIDAVIT OF JAMES MATTHEW ST. CLAIR** 1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Jay M. Wallace, Esq.
State Bar No. 20769200
jwallace@gmwllp.com
E. Adrienne Jackson, Esq.
State Bar No. 24058795
Bell Nunnally
3232 McKinney Avenue, Suite #1400
Dallas, Texas 75204
Tel: (214) 740-1400
Fax: (214) 740-1499
**ATTORNEYS FOR DEFENDANTS**

        **/s/ Hiram McBeth**
        Hiram McBeth, III, Esq.
        SBT No. #13329500
        6060 North Central Expwy, Suite #560
        Dallas, Texas 75206
        Tel: (972) 498-8702
        Fax: (972) 674-3111
        **ATTORNEY FOR PLAINTIFF**