IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES M. ST. CLAIR | § |
| | § |
| VS. | §   CIVIL ACTION NO. 4:11-CV-428-Y |
| | § |
| DON DAVIS AUTO GROUP, INC., | § |
| et al. | § |

ORDER GRANTING MOTION FOR LEAVE

Before the Court is the Motion for Leave to File Brief *Amicus Curiae* (doc. 65) filed by Disability Rights Texas ("DRT"). After review, the Court concludes that DRT has a legitimate interest in the resolution of the issues in this case and that its amicus brief would assist the Court in ruling judiciously on those issues. Accordingly, DRT's motion is GRANTED, and DRT is GRANTED leave to file its brief no later than **August 8, 2012.**

SIGNED August 1, 2012.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc